**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| | | Priority ____ |
| | | Send ____ |
| | | Enter ____ |
| | | Closed ____ |
| JS-6 | **CIVIL MINUTES - GENERAL** | JS-5/JS-6 ____ |
| | | Scan Only ____ |

**CASE NO.:** CV 08-00692 SJO (PLAx)     **DATE:** July 21, 2008

**TITLE:** Benjamin Berger v. Home Depot U.S.A., Inc.

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                   Not Present
Courtroom Clerk                 Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**     **COUNSEL PRESENT FOR DEFENDANT:**

Not Present                        Not Present

========================================================================
**PROCEEDINGS:**
ORDER REMANDING ACTION TO STATE COURT

      Defendant Home Depot U.S.A., Inc. seeks to remove the instant action to this Court pursuant to the Class Action Fairness Act of 2005 ("CAFA"). As Defendant notes, this is not the first time Defendant has removed this action. The matter was removed on August 16, 2006, also pursuant to CAFA. This Court remanded the action for lack of subject matter jurisdiction after Plaintiff Benjamin Berger failed to meet the class certification deadline. Plaintiff has now filed a "Status Conference Report" in Superior Court indicating his intent to assert class-wide claims.

      The Court does not opine on whether Plaintiff can pursue class-wide claims in state court. It is enough to note that Defendant's "second removal petition based on the same grounds does not 'reinvest' the court's jurisdiction." *See Seedman v. U.S. Dist. Court*, 837 F.2d 413, 414 (9th Cir. 1988). The Court already determined that Plaintiff cannot pursue class claims; accordingly, the Court lacks subject matter jurisdiction to hear the matter.

      The case is REMANDED to Superior Court.

      IT IS SO ORDERED.